# MEMORANDA

OF

## CASES NOT REPORTED IN FULL.

MELANCTHON VANDERCOOK, Respondent, *v.* THE
COHOES SAVINGS INSTITUTION and others, Appel-
lants.

*Sale under decree of foreclosure — when action can be brought to set aside — when set
aside on motion — right of subsequent mortgagee to demand an assignment of a
prior mortgage.*

An action may be brought to set aside a sale made under a decree of foreclosure,
when the sale has been fraudulently conducted to the prejudice of a party
interested in the property, even though such party may have a concurrent
remedy by motion. But where the proceedings are entirely regular and free from
fraud, and the party is entitled to relief on some mere equity, his remedy is by
motion in the action in which the proceedings were had, and not by action.
(*McCotter* v. *Jay*, 30 N. Y., 80; *Gould* v. *Mortimer*, 26 How., 167; *Smith* v. *The
Am. Life Ins. Co.*, Clarke's Ch. Cas., 307.)

A party to an action brought to foreclose a mortgage, who desires to have the
mortgaged premises sold in a particular order, should have a clause to that
effect inserted in the decree; or, after the entry thereof, he should move for an
order directing the referee as to the order in which the premises are to be sold;
or he may, after the sale, move to set the same aside, in case the referee shall
have disregarded any proper request made to him at the time thereof.

To enable a subsequent mortgagee to compel the assignment to himself of a
prior mortgage, there must be some equitable reason for it, and the mere fact that
he is a subsequent mortgagee does not constitute such equitable reason. (*Ells-
worth* v. *Lockwood*, 42 N. Y., 89.)

Appeal from an order denying a motion to dissolve a temporary
injunction granted in this action, which was brought to set aside a
sale of certain premises, under a decree of foreclosure, and to
restrain all proceedings thereunder.

*Nathaniel C. Moak*, for appellants. *R. W. Peckham*, for
respondent.

Opinion *per Curiam.*

Present — LEARNED, P. J., BOCKES and BOARDMAN, JJ.

Order reversed with ten dollars costs and disbursements, and motion to dissolve injunction granted with ten dollars costs.